IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| REXX MASSEY, A MINOR, BY AND THROUGH HIS NEXT FRIEND, LON LOWELL, et al., Plaintiffs | : : : : : : : |
| vs. | : 5:05cv271 (WDO) |
| FLEX LOGISTICS LLC, et al., Defendants | : : : |
| MELISSA McKINNEY, et al., Plaintiffs | : : : |
| vs. | : 5:05cv272 (DF) |
| CAROLINA CASUALTY INS. CO., et al., Defendants | : : : |

**O R D E R**

There being no objection to the request for consolidation, the above cases are hereby consolidated pursuant to Rule 42(a) of the Federal Rules of Civil Procedure.  The **LEAD** case shall be Rexx Massey, et al. vs. Flex Logistics LLC, et al., 5:05cv271 (WDO).

**SO ORDERED**, this 29TH day of March, 2006.

S/   WILBUR D. OWENS, JR.
     UNITED STATES DISTRICT JUDGE